UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-6221

**Caption [use short title]**

**Motion for:** Withdrawal as Attorney

Set forth below precise, complete statement of relief sought:

Permission to withdraw as counsel of record because of delay in readmission.

United States v. Easley

**MOVING PARTY:** Grant Easley  **OPPOSING PARTY:** USA

☐ Plaintiff    ☑ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeremy D. Schwartz, Esq.   **OPPOSING ATTORNEY:** Tiffany H. Lee, Esq

[name of attorney, with firm, address, phone number and e-mail]

561 Ridge Road
Lackawanna, New York 14218

138 Delaware Avenue
Buffalo, New York 14202

**Court- Judge/ Agency appealed from:** WDNY Arcara, J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s Jeremy Schwartz   **Date:** 05/30/2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      vs.                                      **23-6221**

GRANT EASLEY,
                Defendant
_____

## **AFFIRMATION**

      **JEREMY D. SCHWARTZ, ESQ**., an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1.     I am an attorney at law, duly licensed to practice in the Western District of New York and have a pending application for readmission in the Second Circuit Court of Appeals.

2.     I was retained to represent the defendant on a violation of supervised release in the District Court.

3.     Mr. Easley directed me to file a notice of appeal following his sentencing on the violation, which I did.

4.     On May 25, 2023 I attempted to file Form B and Acknowledgement with this Court but received an error from the AMS system the did not indicate that there was an issue with readmission.

5.     I sent an email to the help desk seeking instructions on filing to which I received a response advising me to call admissions the next day.

6. I called as instructed and was able to speak to someone from admissions today.

7. I was advised that the documents I prepared could not be filed.

8. I asked if I could file a motion to withdraw so there would be no further delay and was told to do so.

9. The defendant has been in custody since April 19, 2022 and has had no meaningful income.

10. His family retained me to represent him for his violation and other local matters but cannot afford the full expense of an appeal.

11. The District Court granted *in forma pauperis* relief with respect to the filing fee for the notice of appeal.

12. I am awaiting the return of a financial affidavit which I sent twice to the defendant at different facilities which I will provide to the Court as soon as possible.

13. It is respectfully requested that the Court grant counsel's motion to withdraw and assign an attorney from the appropriate panel to handle this appeal.

## **CONCLUSION**

Wherefore, it is respectfully requested that the Court relieve the undersigned as attorney of record and assign a member of the CJA panel to represent the defendant.

**DATED:** Buffalo, New York, May 30, 2023

Respectfully Submitted,

s/ Jeremy Schwartz

_____

JEREMY D. SCHWARTZ, ESQ.
561 Ridge Road
Lackawanna, New York
(716)823-2558 (t)
(716)822-0009 (f)
jschwartz@buffalodefenselaw.com

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____
UNITED STATES OF AMERICA,

        v.

GRANT EASLEY,
                             Defendant.
_____

## CERTIFICATE OF SERVICE
### 23-7909

I hereby certify that on June 28, 2023 I forwarded an exact copy of the Motion to Withdraw as Attorney filed in this case my electronic mail to:

    TIFFANY H. LEE, ESQ
    138 Delaware Avenue
    Buffalo, New York 14202
    Tiffany.Lee@usdoj.gov

And to the following by United States mail on May 30, 2023:

    GRANT EASLEY
    Register No. 28395-055
    USP Hazelton
    U.S. PENITENTIARY
    P.O. BOX 2000
    Bruceton Mills, WV 26525


Yours, etc.

**/s/ Jeremy Schwartz**
_____
JEREMY D. SCHWARTZ